ERIK KOWALEWSKY (SBN 205985)
erik.kowalewsky@kennedyslaw.com
GORDON SMITH (SBN 325451)
gordon.smith@kennedyslaw.com
KENNEDYS CMK LLP
455 Market Street, Suite 1900
San Francisco, CA 94105
Telephone:  415-323-4460
Facsimile:   415-323-4445

Attorneys for Plaintiff
CNA INSURANCE COMPANY LIMITED

Matt P. Cortez (SBN 344506)
service@mattcortezlaw.com
MATT CORTEZ LAW, PC
13252 Garden Grove Blvd., Ste 204
Garden Grove, CA 92843
Telephone:   714-717-2016
Facsimile:    951 469-4169

Attorneys for Defendant
TEXCALINC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CNA INSURANCE COMPANY LIMITED,<br><br>          Plaintiff,<br><br>     vs.<br><br>TEXCALINC,<br><br>          Defendant. | Case No.: 5:23-cv-01222-JGB-RAO<br><br>**ORDER AND JUDGMENT**<br><br>Compl. Filed:    June 22, 2023<br>Pre-trial Conf.:  May 11, 2026<br>Trial Date:       May 26, 2026 |

/ / /

/ / /

/ / /

## CONDITIONAL DISMISSAL ORDER AND JUDGMENT

For the reasons stated above in the Parties' Stipulated Conditional Dismissal, the Court finds that the proposed dismissal is proper.

**IT IS HEREBY ORDERED**:

1.      With the consent of the Parties, the Court shall retain jurisdiction under California Code, Code of Civil Procedure § 664.6;

2.      Except as provided for in Paragraph 1, the case captioned *CNA Insurance Company Limited v. TexCalinc,* Case No. 5:23-cv-01222-JGB-RAO is hereby dismissed without prejudice.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff CNA Insurance Limited shall recover from Defendant TEXCALINC, the sum of $1,697,554.00, subject to the agreed terms.

Dated:  July 8, 2026

_____
Hon. Jesus G. Bernal
United States District Judge

-2-

J
ORDER AND JUDGMENT
Case No. 5:23-cv-01222-JGB-RAO